# REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Set arraignment |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | |
|---|---|---|
| Defendant Name: Jenna Mitchum | | Alias Name(s): |

Address: Hampton, VA 23665

Employment:

| Birth Date: 1996 | SS#:4844 | Sex: F | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒  List Language and/or dialect:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ on: __.

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
|---|---|---|
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☒ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: Richard Doummar | ☐ Court Appointed |
|---|---|
| Address: 1397 Laskin Rd., Virginia Beach, VA 23451 | ☐ Retained |
| Telephone: 757-422-0061 | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

### U.S. Attorney Information:

| AUSA Mack Coleman | Telephone No. 757-591-4000 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI - SA Julie Shields - 757-609-2668

### U.S.C. Citations:

| | | | | |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Felony | Count 1 |
| Set 2 | 18 U.S.C. § 982(a)(2)(A) | Criminal Forfeiture | | |
| Set 3 | | | | |
| Set 4 | | | . | |